## AFFIDAVIT OF SERVICE

Ayman Saleh, et al. v. Khalifa bin Zayed Al Nahyan, et al.
Case No.: 1:20-cv-1168

I, EA Jackson, am over the age of 18, work at 601 Pennsylvania Avenue NW, South Building, Suite 980, Washington, D.C., and I am not party in this case.

1. On September 8, 2020, I served the summons and complaint of Defendant DarkMatter at the Embassy of the United Arab Emirates, located at 3522 International Court NW, Washington D.C. 20008.

2. I personally delivered the summons and complaint of DarkMatter to Sarah at the Embassy of the UAE. She is the assistant to Yousef Al Otaiba, the UAE Ambassador to the United States. Sarah was around 5 foot 2 inches and approximately 110 lbs. She was wearing beige blouse and mustard colored women's slacks.

3. Ahmani (the spelling of her name may be incorrect) was the security guard inside the gate of the embassy. She appeared to be in her thirties and was wearing a security guard uniform.

4. Mr. Fleming was the security guard outside the embassy compound. He was an African American male who appeared to be in his fifties or sixties. His hair was mixed gray and worn in an afro style.

5. I departed the compound at 2:44PM on September 8, 2020.

_[signature]_
Process Server Signature

District of Columbia: SS
Subscribed and sworn to before me, in my presence, 2020
this 8th day of September

_[signature]_
Lisa Partlow, Notary Public, D.C.
...y commission expires October 14, 2019.
November 30, 2024

[Notary seal: LISA PARTLOW, NOTARY PUBLIC, DISTRICT OF COLUMBIA]

# USPS Tracking®

FAQs >

Track Another Package +

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=U psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

**Tracking Number:** 70191640000110041272     **DarkMatter**     Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 4:20 pm on September 8, 2020 in WASHINGTON, DC 20008.

## ✓ Delivered

September 8, 2020 at 4:20 pm
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20008

Get Updates ∨

---

Text & Email Updates    ∨

---

Tracking History    ∧

**September 8, 2020, 4:20 pm**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20008
Your item was delivered to the front desk, reception area, or mail room at 4:20 pm on September 8, 2020 in WASHINGTON, DC 20008.

**September 8, 2020, 10:44 am**
Out for Delivery
WASHINGTON, DC 20016

**September 8, 2020, 10:33 am**
Arrived at Unit
WASHINGTON, DC 20016

**September 7, 2020**
In Transit to Next Facility

**September 4, 2020, 4:46 am**
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**September 4, 2020, 12:55 am**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**September 1, 2020, 9:21 pm**
Arrived at USPS Regional Origin Facility
CHARLESTON SC PROCESSING CENTER

**September 1, 2020, 1:53 pm**
Departed Post Office
JOHNS ISLAND, SC 29455

**September 1, 2020, 1:14 pm**
USPS picked up item
JOHNS ISLAND, SC 29455

Feedback

**Product Information** ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**IMPORTANT!**
**FedEx is closely monitoring the Wildfires in the Northwest.** Learn More



DarkMatter                771488451827                                 

# Delivered
# Monday 9/14/2020 at 11:49 am

**DELIVERED**

Signed for by: A.AMIT

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

**FROM**                                                              **TO**

WASHINGTON, DC US                                                     ABU DHABI, AE

## Shipment Facts

**TRACKING NUMBER**                        **SERVICE**
771488451827                               FedEx International Economy

**WEIGHT**                                 **DELIVERED TO**
1 lbs / 0.45 kgs                           Residence

**TOTAL PIECES**                           **TOTAL SHIPMENT WEIGHT**
1                                          1 lbs / 0.45 kgs

1                                                   1 lbs / 0.45 kgs

**TERMS**
Shipper

**SHIPPER REFERENCE**
McMahon and Associates

**PACKAGING**
FedEx Envelope

**SPECIAL HANDLING SECTION**
Deliver Weekday, Residential Delivery

**STANDARD TRANSIT**
(?)
9/16/2020 by 8:00 pm

**SHIP DATE**
(?)
Thu 9/10/2020

**ACTUAL DELIVERY**
Mon 9/14/2020 11:49 am

## Travel History

Local Scan Time ⌄

**Monday , 9/14/2020**

| Time | Location | Status |
|---|---|---|
| 11:49 am | ABU DHABI AE | Delivered |
| 9:47 am | ABU DHABI CITY AE | On FedEx vehicle for delivery |

**Sunday , 9/13/2020**

| Time | Location | Status |
|---|---|---|
| 7:57 pm | ABU DHABI CITY AE | At local FedEx facility |
| 1:23 pm | ABU DHABI CITY AE | Delivery exception<br>Rerouted to revised delivery address |
| 1:22 pm | ABU DHABI CITY AE | Delivery exception<br>Future delivery requested |
| 9:35 am | ABU DHABI CITY AE | On FedEx vehicle for delivery |
| 8:56 am | ABU DHABI CITY AE | At local FedEx facility |
| 4:31 am | DUBAI CITY AE | At destination sort facility |

**Saturday , 9/12/2020**

| Time | Location | Status |
|---|---|---|
| 8:09 am | MEMPHIS, TN | In transit |

| | | |
|---|---|---|
| 5:29 am | MEMPHIS, TN | Departed FedEx location |
| 4:46 am | MEMPHIS, TN | In transit |

| Friday , 9/11/2020 | | |
|---|---|---|
| 11:34 pm | MEMPHIS, TN | In transit |
| 4:59 pm | MEMPHIS, TN | In transit |
| 8:25 am | MEMPHIS, TN | Arrived at FedEx location |

| Thursday , 9/10/2020 | | |
|---|---|---|
| 9:10 pm | WASHINGTON, DC | Left FedEx origin facility |
| 4:47 pm | WASHINGTON, DC | Picked up |
| 7:48 am | | Shipment information sent to FedEx |