UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AYMAN SALEH, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 20-1168 (ABJ)<br>) |
| KHALIFA BIN ZAYED AL NAHYAN *President*, *et al.*, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## ORDER TO SHOW CAUSE

It appears upon review of the record that plaintiffs have taken no action in this case regarding the Court's January 4, 2021 Minute Order requiring additional information on their motion for assistance with service of process. [Dkt. # 19]. It is therefore

**ORDERED** that plaintiffs show cause as to why this case should not be dismissed for want of prosecution by April 27, 2021.

**SO ORDERED.**

AMY BERMAN JACKSON
United States District Judge

DATE: April 13, 2021