## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AYMAN SALEH,** *et al.* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) CA No. 1:20-cv-1168-ABJ |
| **KHALIFA BIN ZAYED AL NAHYAN,** *et al.* | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## RESPONSE TO COURT'S ORDER TO SHOW CAUSE

COME NOW the Plaintiffs named herein and hereby respond to the Court's Order to Show Cause entered April 13, 2021. The Case should NOT be dismissed for the following reasons, including the fact that Plaintiffs have engaged in numerous good faith efforts to serve the Defendants—all met with an adamant refusal to accept service, which appears to amount to evasion of service under established D.C. Circuit case law.

There is ample support for this cause of action in U.S. Courts, as shown in a California case with strikingly similar facts. Khaled Al Hassen was tortured by UAE officials in Abu Dhabi, UAE. The UAE claimed lack of jurisdiction, Sovereign immunity of head of state President Khalifa bin Zayed Al Nahyan, and lack of proper service. See *Khaled Al Hassen v. Sheikh Khalifa Bin Zayed Al Nahyan*, No. CV 09-1106-DMG  2013 Mar. 22, 2013.

In reply, Plaintiffs draw the Court's attention to FED. R. CIV. P. 4(k)(2) which permits a federal court to exercise personal jurisdiction over a defendant (1) for a claim arising under federal law, (2) where a summons has been served, (3) if the defendant is not subject to the jurisdiction of any single state court, (4) provided that the exercise of federal jurisdiction is

consistent with the Constitution (and laws) of the United States. *Mwani v. Osama Bin Laden*, 368 U.S. App. D.C. 1, 10, 417 F.3d 1, 10 (D.C. Cir. 2005).

The Court had subject matter jurisdiction because FSIA does not apply to individual defendants, and Mohamed Bin Zayed, despite being a member of the Royal family, is not a head of state. (See *Khaled Al Hassen v. Sheikh Khalifa Bin Zayed Al Nahyan*, No. CV 09-1106-DMG 2013 Mar. 22, 2013 where in District Court, Judge Dolly M. Gee ruled that while Mohamed Bin Zayed was a member of the Royal family, he was not a head of state under the FSIA.)

This Court has personal jurisdiction over Mohamed, applying a three-part test under FRCP 4(k)(2) (supra) the federal long arm statute. To prevail under that statute, a party must prove three things: a) the claim against the defendant arises under federal law; b) the defendant is not subject to the personal jurisdiction of any state or court of general jurisdiction; and c) the federal courts exercise of personal jurisdiction comports with due process. See *Mwani* (supra).

The instant case meets each of those criteria: a) Plaintiffs' claim arises under federal law because the TVPA is a federal statute; b) Defendant Mohamed Bin Zayed is not subject to personal jurisdiction of any state court of general jurisdiction; and c) the due process analysis pursuant to the third Rule 4(k)(2) factor is satisfied if the Defendants are properly served.

Plaintiffs have endeavored to serve Defendants President Khalifa bin Zayed Al Nahyan and Sheikh Mohammed bin Zayed Al Nahyan to no avail. While it may appear to the Court otherwise, Plaintiffs have tried diligently to afford the Defendants due process in terms of sufficient notice of suit. Failure to do so is not for lack of trying. See efforts described infra.

Plaintiffs asked the court to approve alternative service on June 24, 2020 (ECF 3). The Court approved the methods outlined in the request in a minute order on July 30, 2020. In accordance with that order, Plaintiffs completed two of the approved methods, but were unsuccessful in executing alternative method 2 as described below.

Plaintiffs have faced difficulty in completing service of process for "alternative method of service #2- By USPS International Certified Mail on Defendants Khalifa bin Zayed Al Nahyan and Mohammed bin Zayed Al Nahyan at their office located on Crown Prince Court, King Abdullah Bin Abdulaziz Al Saud Street, P.O. Box: 124, Abu Dhabi, UAE." The Plaintiffs tried twice to send the summonses and complaints to Defendants Khalifa bin Zayed Al Nahyan and Mohammed bin Zayed Al Nahyan at their office located in Abu Dhabi, UAE.  Both times the packages were sent by FedEx, and both attempts were rejected by the recipients. The first attempt to serve the defendants by USPS mail was on September 10, 2020. The package was rejected by the recipient on Sunday, September 13 at 12:39 PM and was returned to sender in Washington, DC. The Plaintiffs tried for a second time to send the summonses and complaints to the office of the defendants on October 5, 2020 (ECF 12). The package was rejected for a second time on October 7, 2020 at 12:55 PM and was returned to the Plaintiffs' counsel in Washington, DC. The corresponding tracking information is provided for both attempts.

While alternative method of service #2 was unsuccessful as described above, the other two approved alternative methods of service were completed. Those other alternative methods of service are: "By substitute service on the UAE Ambassador, Yousef Al Otaiba, in Washington, D.C. at the address of 3522 International Court NW, Suite 400, Washington D.C. 20008 for Khalifa bin Zayed Al Nahyan, Mohammed bin Zayed Al Nahyan and DarkMatter," and "By USPS Certified Mail on all defendants on the UAE Ambassador, Yousef Al Otaiba at the Embassy of the UAE at the address of 3522 International Court NW, Suite 400, Washington D.C. 20008." Corresponding USPS domestic tracking information was filed with the court in ECF 12 and ECF 13. Additional proof of service documents are attached as Exhibit A-F.

While it may appear to the Court otherwise, the Plaintiffs have tried diligently to afford Defendants President Khalifa bin Zayed Al Nahyan and Sheikh Mohammed bin Zayed Al Nahyan due process in terms of sufficient notice of suit through all three alternative methods of

service. Failure to complete alternative methods of service #2 is not for lack of trying, but because the recipients continually reject service. Plaintiffs' counsel believes that Defendants President Khalifa bin Zayed Al Nahyan and Sheikh Mohammed bin Zayed Al Nahyan were likely informed about the lawsuit through the UAE Ambassador to the U.S., Yousef Al Otaiba.

Plaintiffs' efforts are similar to those discussed in *Ali v. Mid-Atlantic Settlement Servs.*, 233 F.R.D. 32, 36 (D.D.C. 2006), where the D.C. Circuit stated: "The service of process is not a game of hide and seek. Where service is **repeatedly effected** in accordance with the applicable rules of civil procedure and in a manner reasonably calculated to notify the defendant of the institution of an action against him, the defendant cannot claim that the court has no authority to act when he has willfully **evaded** the service of process." *Ali* at 36. (Emphasis added) These Defendants have also evaded service and should be held accountable for doing so.

**CONCLUSION**

Plaintiffs ask the Court not to dismiss this case for reasons herein stated, including their diligent efforts to effectuate service, as described above.

Plaintiffs suggest that a separate order can be drafted that provides for the due process for the Defendants but also frames a practical solution for the Plaintiffs. Perhaps the Court would allow service by Plaintiffs on any individual or attorney associated with the Defendants. If Plaintiffs can deliver the case documents to such a party, they would ask the Court to deem the service has been effectuated.

Respectfully submitted,
*/s/ Martin F. McMahon*
Martin F. McMahon, Esquire
1717 K Street NW- Suite 900
Washington, DC 20007
202-862-4343
mm@martinmcmahonlaw.com

**EXHIBIT A**

Affidavit of service upon UAE Embassy

AFFIDAVIT OF SERVICE

Ayman Saleh, et al. v. Khalifa bin Zayed Al Nahyan, et al.
Case No.: 1:20-cv-1168

I, EA Jackson, am over the age of 18, work at 601 Pennsylvania Avenue NW, South Building, Suite 980, Washington, D.C., and I am not party in this case.

1. On September 8, 2020, I served the summons and complaint of Defendant DarkMatter at the Embassy of the United Arab Emirates, located at 3522 International Court NW, Washington D.C. 20008.

2. I personally delivered the summons and complaint of DarkMatter to Sarah at the Embassy of the UAE. She is the assistant to Yousef Al Otaiba, the UAE Ambassador to the United States. Sarah was around 5 foot 2 inches and approximately 110 lbs. She was wearing beige blouse and mustard colored women's slacks.

3. Ahmani (the spelling of her name may be incorrect) was the security guard inside the gate of the embassy. She appeared to be in her thirties and was wearing a security guard uniform.

4. Mr. Fleming was the security guard outside the embassy compound. He was an African American male who appeared to be in his fifties or sixties. His hair was mixed gray and worn in an afro style.

5. I departed the compound at 2:44PM on September 8, 2020.


Process Server Signature


District of Columbia: SS
Subscribed and sworn to before me, in my presence, 2020
this 8th day of September
Lisa Partlow, Notary Public, D.C.
...y commission expires October 14, 2019.
November 30, 2024

AFFIDAVIT OF SERVICE

Ayman Saleh, et al. v. Khalifa bin Zayed Al Nahyan, et al.
Case No.: 1:20-cv-1168

I, EA Jackson, am over the age of 18, work at 601 Pennsylvania Avenue NW, South Building, Suite 980, Washington, D.C., and I am not party in this case.

1. On September 8, 2020, I served the summons and complaint of Defendant Khalifa bin Zayed Al Nahyan at the Embassy of the United Arab Emirates, located at 3522 International Court NW, Washington D.C. 20008.

2. I personally delivered the summons and complaint of Defendant Khalifa bin Zayed Al Nahyan to Sarah at the Embassy of the UAE. She is the assistant to Yousef Al Otaiba, the UAE Ambassador to the United States. Sarah was around 5 foot 2 inches and approximately 110 lbs. She was wearing beige blouse and mustard colored women's slacks.

3. Ahmani (the spelling of her name may be incorrect) was the security guard inside the gate of the embassy. She appeared to be in her thirties and was wearing a security guard uniform.

4. Mr. Fleming was the security guard outside the embassy compound. He was an African American male who appeared to be in his fifties or sixties. His hair was mixed gray and worn in an afro style.

5. I departed the compound at 2:44PM on September 8, 2020.

Process Server Signature

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this 8th day of September, 2020

Lisa Partlow, Notary Public, D.C.
...y commission expires October 14, 2018.
November 30, 2024

AFFIDAVIT OF SERVICE

Ayman Saleh, et al. v. Khalifa bin Zayed Al Nahyan, et al.
Case No.: 1:20-cv-1168

I, <u>EA Jackson</u>, am over the age of 18, work at <u>601 Pennsylvania Avenue NW, South Building, Suite 980, Washington, D.C.</u>, and I am not party in this case.

1. On September 8, 2020, I served the summons and complaint of <u>Defendant Mohammed bin Zayed Al Nahyan</u> at the Embassy of the United Arab Emirates, located at 3522 International Court NW, Washington D.C. 20008.

2. I personally delivered the summons and complaint of <u>Defendant Mohammed bin Zayed Al Nahyan</u> to Sarah at the Embassy of the UAE. She is the assistant to Yousef Al Otaiba, the UAE Ambassador to the United States. Sarah was around 5 foot 2 inches and approximately 110 lbs. She was wearing beige blouse and mustard colored women's slacks.

3. Ahmani (the spelling of her name may be incorrect) was the security guard inside the gate of the embassy. She appeared to be in her thirties and was wearing a security guard uniform.

4. Mr. Fleming was the security guard outside the embassy compound. He was an African American male who appeared to be in his fifties or sixties. His hair was mixed gray and worn in an afro style.

5. I departed the compound at 2:44PM on September 8, 2020.

Process Server Signature

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this _____ day of _____, 2020

Lisa Partlow, Notary Public, D.C.
...y commission expires October 14, 2019.
November 30p 2020

**EXHIBIT B**

Status of Service

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AYMAN SALEH,** *et al.* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) CA No. 1:20-cv-1168-ABJ |
| **KHALIFA BIN ZAYED AL NAHYAN,** *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## STATUS OF SERVICE OF PROCESS

1) COMES NOW the Plaintiffs named herein and explain to the Court the issues that counsel has faced in completing service of process for alternative method of service #2 "By USPS International Certified Mail on Defendants Khalifa bin Zayed Al Nahyan and Mohammed bin Zayed Al Nahyan at their office located on Crown Prince Court, King Abdullah Bin Abdulaziz Al Saud Street, P.O. Box: 124, Abu Dhabi, UAE." The Plaintiffs have attempted twice to send the summonses and complaints for Defendants Khalifa bin Zayed Al Nahyan and Mohammed bin Zayed Al Nahyan to their office address in Abu Dhabi. The summonses and complaints were sent by FedEx on September 10, 2020. The package was rejected by the recipient on Sunday, September 13 at 12:39PM and was returned to sender with no explanation for why it was rejected. The Plaintiffs tried for a second time to send the summonses and complaints to the office of Defendants Khalifa bin Zayed Al Nahyan and Mohammed bin Zayed Al Nahyan on October 5, 2020. The packages were rejected by the recipient again on October 7, 2020 at 12:55PM and the packages were returned to the sender

without an explanation for why the packages were rejected. The corresponding tracking information is provided.

2) Service of process by alternative methods #1 "By substitute service on the UAE Ambassador, Yousef Al Otaiba, in Washington, D.C. at the address of 3522 International Court NW, Suite 400, Washington D.C. 20008 for Khalifa bin Zayed Al Nahyan, Mohammed bin Zayed Al Nahyan and DarkMatter" was completed by a process server on September 8, 2020. The process server's affidavits are attached.

3) Service of process by alternative method #3 "By USPS International Certified Mail on Defendant DarkMatter at their headquarters located at Level 5, Aldar HQ, Abu Dhabi, UAE" was successfully completed on September 14, 2020 and proof of service was already filed for Defendant DarkMatter.

4) Service of process by alternative method #4 "By USPS Certified Mail on all defendants on the UAE Ambassador, Yousef Al Otaiba at the Embassy of the UAE at the address of 3522 International Court NW, Suite 400, Washington D.C. 20008" was executed on September 8, 2020. The summonses and complaints for Defendants Khalifa bin Zayed Al Nahyan and Mohammed bin Zayed Al Nahyan were sent by USPS certified mail on September 1, 2020 and were delivered on September 8, 2020 at 4:20 at the Embassy of the United Arab Emirates in Washington, D.C.. The USPS tracking information is provided.

5) Despite the fact that Defendants Khalifa bin Zayed Al Nahyan and Mohammed bin Zayed Al Nahyan have rejected service by international mail, Plaintiffs' counsel is confident that they are aware of this suit. Because the other alternative methods of service on Yousef Al Otaiba were successful, the Defendants were likely informed about the suit by the UAE Ambassador

to the United States, Yousef Al Otaiba. Their knowledge of the suit also provides an explanation for why they continue to reject the delivery of the summonses and complaints.

/s/ *Martin F. McMahon, Esq.*
D.C. Bar Number: 196642
Managing Partner, Transnational Business Attorneys Group
1717 K St. NW, Suite 900
Washington, D.C. 20006
202-862-4343

**EXHIBIT C**

Domestic tracking for Crown Prince and President Yousef Al Otaiba

# USPS Tracking®

FAQs >

**Track Another Package  +**

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=U¹psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

**Tracking Number:** 70191640000110041272

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 4:20 pm on September
8, 2020 in WASHINGTON, DC 20008.

## ⊘ Delivered

September 8, 2020 at 4:20 pm
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20008

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**September 8, 2020, 4:20 pm**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20008
Your item was delivered to the front desk, reception area, or mail room at 4:20 pm on September 8,
2020 in WASHINGTON, DC 20008.

---

**September 8, 2020, 10:44 am**
Out for Delivery
WASHINGTON, DC 20016

---

**September 8, 2020, 10:33 am**
Arrived at Unit
WASHINGTON, DC 20016

---

**September 7, 2020**
In Transit to Next Facility

---

**September 4, 2020, 4:46 am**
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

---

**September 4, 2020, 12:55 am**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

---

**September 1, 2020, 9:21 pm**
Arrived at USPS Regional Origin Facility
CHARLESTON SC PROCESSING CENTER

---

**September 1, 2020, 1:53 pm**
Departed Post Office
JOHNS ISLAND, SC 29455

---

**September 1, 2020, 1:14 pm**
USPS picked up item
JOHNS ISLAND, SC 29455



---

**Product Information**                                              ⌄

---

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

**EXHIBIT D**

Fedex tracking for UAE President and Crown Prince



771488409433       

Unable to deliver shipment, returned to shipper
Recommended action: No action is required. The package is being returned to

No scheduled delivery date available at this time.

# Scheduled delivery:
# Pending

**DELIVERY EXCEPTION**

ABU DHABI CITY, AB

**GET STATUS UPDATES**

| FROM | TO |
|---|---|
| WASHINGTON, DC US | ABU DHABI, AE |

## Shipment Facts

**TRACKING NUMBER**
771488409433

**SERVICE**
FedEx International Economy

**WEIGHT**

**TOTAL PIECES**

WEIGHT
1 lbs / 0.45 kgs

TOTAL PIECES
1

TOTAL SHIPMENT WEIGHT
1 lbs / 0.45 kgs

TERMS
Shipper

SHIPPER REFERENCE
McMahon and Associates

PACKAGING
FedEx Envelope

SPECIAL HANDLING SECTION
Deliver Weekday

STANDARD TRANSIT
(?)
9/16/2020 by 8:00 pm

SHIP DATE
(?)
Thu 9/10/2020

SCHEDULED DELIVERY
Pending

## Travel History

Local Scan Time ⌄

| | | |
|---|---|---|
| **Sunday , 9/20/2020** | | |
| 4:16 pm | ABU DHABI CITY AE | Returning package to shipper |
| | | Return tracking number 396993830608 |
| 7:59 am | ABU DHABI CITY AE | At local FedEx facility |
| **Saturday , 9/19/2020** | | |
| 7:45 am | ABU DHABI CITY AE | At local FedEx facility |
| **Thursday , 9/17/2020** | | |
| 10:35 am | ABU DHABI CITY AE | At local FedEx facility |
| **Wednesday , 9/16/2020** | | |
| 8:28 am | ABU DHABI CITY AE | At local FedEx facility |
| **Tuesday , 9/15/2020** | | |
| 8:36 am | ABU DHABI CITY AE | At local FedEx facility |
| **Monday , 9/14/2020** | | |
| 8:05 am | ABU DHABI CITY AE | At local FedEx facility |

| 9:05 am | ABU DHABI CITY AE | At local FedEx facility |

**Sunday , 9/13/2020**

| 8:51 pm | ABU DHABI CITY AE | At local FedEx facility |
| 12:39 pm | ABU DHABI CITY AE | Delivery exception |
| | | Refused by recipient |
| 9:29 am | ABU DHABI CITY AE | On FedEx vehicle for delivery |
| 8:56 am | ABU DHABI CITY AE | At local FedEx facility |
| 4:31 am | DUBAI CITY AE | At destination sort facility |

**Saturday , 9/12/2020**

| 8:09 am | MEMPHIS, TN | In transit |
| 5:29 am | MEMPHIS, TN | Departed FedEx location |
| 4:46 am | MEMPHIS, TN | In transit |

**Friday , 9/11/2020**

| 11:34 pm | MEMPHIS, TN | In transit |
| 4:59 pm | MEMPHIS, TN | In transit |
| 8:25 am | MEMPHIS, TN | Arrived at FedEx location |

**Thursday , 9/10/2020**

| 9:10 pm | WASHINGTON, DC | Left FedEx origin facility |
| 4:47 pm | WASHINGTON, DC | Picked up |
| 7:43 am | | Shipment information sent to FedEx |

**EXHIBIT E**

Fedex Tracking for UAE crown prince.

771710752167 ✏️    

Unable to deliver shipment, returned to shipper
Recommended action: No action is required. The package is being returned to

No scheduled delivery date available at this time.

# Scheduled delivery: Pending

**DELIVERY EXCEPTION**

ABU DHABI CITY, AB

**GET STATUS UPDATES**

| FROM | TO |
|---|---|
| WASHINGTON, DC US | ABU DHABI AE |

## Shipment Facts

**TRACKING NUMBER**
771710752167

**SERVICE**
International Priority

**WEIGHT**

**TOTAL PIECES**

**WEIGHT**
1 lbs / 0.45 kgs

**TOTAL PIECES**
1

**TOTAL SHIPMENT WEIGHT**
1 lbs / 0.45 kgs

**TERMS**
Shipper

**SHIPPER REFERENCE**
McMahon and Associates

**PACKAGING**
FedEx Envelope

**SPECIAL HANDLING SECTION**
Deliver Weekday

**STANDARD TRANSIT**
(?)
10/07/2020 by 8:00 pm

**SHIP DATE**
(?)
Mon 10/05/2020

**SCHEDULED DELIVERY**
Pending

## Travel History

Local Scan Time

| | | |
|---|---|---|
| **Saturday , 10/17/2020** | | |
| 4:56 pm | ABU DHABI CITY AE | Returning package to shipper |
| | | Return tracking number **397934877496** |
| 9:09 am | ABU DHABI CITY AE | At local FedEx facility |
| **Thursday , 10/15/2020** | | |
| 10:43 am | ABU DHABI CITY AE | At local FedEx facility |
| **Wednesday , 10/14/2020** | | |
| 8:13 am | ABU DHABI CITY AE | At local FedEx facility |
| **Tuesday , 10/13/2020** | | |
| 8:42 am | ABU DHABI CITY AE | At local FedEx facility |
| **Monday , 10/12/2020** | | |
| 11:27 am | ABU DHABI CITY AE | At local FedEx facility |
| **Sunday , 10/11/2020** | | |
| 7:48 am | ABU DHABI CITY AE | At local FedEx facility |

| 7:48 am | ABU DHABI CITY AE | At local FedEx facility |
|---|---|---|
| **Saturday , 10/10/2020** | | |
| 7:33 am | ABU DHABI CITY AE | At local FedEx facility |
| **Thursday , 10/08/2020** | | |
| 8:39 am | ABU DHABI CITY AE | At local FedEx facility |
| **Wednesday , 10/07/2020** | | |
| 9:28 pm | ABU DHABI CITY AE | At local FedEx facility |
| 12:55 pm | ABU DHABI CITY AE | Delivery exception |
| | | Refused by recipient |
| 10:12 am | ABU DHABI CITY AE | On FedEx vehicle for delivery |
| 8:23 am | ABU DHABI CITY AE | At local FedEx facility |
| 3:29 am | DUBAI CITY AE | At destination sort facility |
| **Tuesday , 10/06/2020** | | |
| 4:53 am | MEMPHIS, TN | Departed FedEx location |
| 4:46 am | MEMPHIS, TN | In transit |
| 3:04 am | MEMPHIS, TN | In transit |
| 1:32 am | MEMPHIS, TN | In transit |
| **Monday , 10/05/2020** | | |
| 11:48 pm | MEMPHIS, TN | Arrived at FedEx location |
| 9:15 pm | WASHINGTON, DC | Left FedEx origin facility |
| 7:25 pm | WASHINGTON, DC | Picked up |
| 2:11 pm | | Shipment information sent to FedEx |

**EXHIBIT F**

Fedex Tracking for attempt 2 on UAE President.



771710658920     

Unable to deliver shipment, returned to shipper
Recommended action: No action is required. The package is being returned to

No scheduled delivery date available at this time.

# Scheduled delivery: Pending

**DELIVERY EXCEPTION**

ABU DHABI CITY, AB

**GET STATUS UPDATES**

| FROM | TO |
|------|-----|
| WASHINGTON, DC US | ABU DHABI, AE |

## Shipment Facts

**TRACKING NUMBER**
771710658920

**SERVICE**
International Priority

**WEIGHT**

**TOTAL PIECES**

WEIGHT
1 lbs / 0.45 kgs

TOTAL PIECES
1

TOTAL SHIPMENT WEIGHT
1 lbs / 0.45 kgs

TERMS
Shipper

SHIPPER REFERENCE
McMahon and Associates

PACKAGING
FedEx Envelope

SPECIAL HANDLING SECTION
Deliver Weekday

STANDARD TRANSIT
?
10/07/2020 by 8:00 pm

SHIP DATE
?
Mon 10/05/2020

SCHEDULED DELIVERY
Pending

## Travel History

Local Scan Time ⌄

| Saturday , 10/17/2020 | | |
|---|---|---|
| 4:51 pm | ABU DHABI CITY AE | Returning package to shipper |
| | | Return tracking number **397934824404** |
| 9:09 am | ABU DHABI CITY AE | At local FedEx facility |

| Thursday , 10/15/2020 | | |
|---|---|---|
| 10:43 am | ABU DHABI CITY AE | At local FedEx facility |

| Wednesday , 10/14/2020 | | |
|---|---|---|
| 8:13 am | ABU DHABI CITY AE | At local FedEx facility |

| Tuesday , 10/13/2020 | | |
|---|---|---|
| 8:42 am | ABU DHABI CITY AE | At local FedEx facility |

| Monday , 10/12/2020 | | |
|---|---|---|
| 11:27 am | ABU DHABI CITY AE | At local FedEx facility |

| Sunday , 10/11/2020 | | |
|---|---|---|
| 7:40 | ABU DHABI CITY AE | At local FedEx facility |

| 7:48 am | ABU DHABI CITY AE | At local FedEx facility |
|---------|-------------------|-------------------------|

**Saturday , 10/10/2020**

| 7:33 am | ABU DHABI CITY AE | At local FedEx facility |
|---------|-------------------|-------------------------|

**Thursday , 10/08/2020**

| 8:39 am | ABU DHABI CITY AE | At local FedEx facility |
|---------|-------------------|-------------------------|

**Wednesday , 10/07/2020**

| 9:28 pm | ABU DHABI CITY AE | At local FedEx facility |
|---------|-------------------|-------------------------|
| 12:55 pm | ABU DHABI CITY AE | Delivery exception |
| | | Refused by recipient |
| 10:11 am | ABU DHABI CITY AE | On FedEx vehicle for delivery |
| 8:23 am | ABU DHABI CITY AE | At local FedEx facility |
| 3:29 am | DUBAI CITY AE | At destination sort facility |

**Tuesday , 10/06/2020**

| 4:53 am | MEMPHIS, TN | Departed FedEx location |
|---------|-------------|-------------------------|
| 4:46 am | MEMPHIS, TN | In transit |
| 3:04 am | MEMPHIS, TN | In transit |
| 1:32 am | MEMPHIS, TN | In transit |

**Monday , 10/05/2020**

| 11:48 pm | MEMPHIS, TN | Arrived at FedEx location |
|----------|-------------|---------------------------|
| 9:15 pm | WASHINGTON, DC | Left FedEx origin facility |
| 7:25 pm | WASHINGTON, DC | Picked up |
| 2:07 pm | | Shipment information sent to FedEx |

CERTIFICATE OF SERVICE

I certify that on April 27, 2021, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice of this filing to all parties registered to receive such notice, including defense counsel.


*/s/ Martin F. McMahon*

Martin F. McMahon, Esq.