UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **AYMAN SALEH,** *et al.* | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) <br> ) |
| v. | ) <br> ) CA No. 1:20-cv-1168-ABJ |
| **KHALIFA BIN ZAYED AL NAHYAN,** *et al.* | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |
| _____ | ) |

**PROPOSED ORDER**

In consideration of Plaintiff's Opposed Motion For Miscellaneous Relief and the Memorandum of Points and Authorities in support thereof and for good cause shown, it is:

**ORDERED** Plaintiff may serve Defendants Khalifa Bin Zayed Al Nahyan, Mohammed Bin Zayed Al Nahyan, and Darkmatter through counsel of record.

_____

Amy Berman Jackson

U.S. District Judge

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **AYMAN SALEH**, *et al.* | ) |
| Plaintiffs, | ) |
| v. | ) |
|  | ) CA No. 1:20-cv-1168-ABJ |
| **KHALIFA BIN ZAYED AL NAHYAN**, *et al.* | ) |
| Defendants. | ) |

**PROPOSED ORDER (alternative)**

In consideration of Plaintiff's Opposed Motion For Miscellaneous Relief and the Memorandum of Points and Authorities in support thereof and for good cause shown, it is:

**ORDERED** that Defendants for whom attorneys have entered an appearance in the above captioned case have been effectively served.

_____

Amy Berman Jackson

U.S. District Judge