AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Ayman Saleh, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-01168-ABJ |
| Khalifa Bin Zayed Al Nahyan | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants President Khalifa Bin Zayed Al Nahyan and Crown Prince Mohamed Bin Zayed Al Nahyan.

Date: 05/19/2021

/s/ Z.W. Julius Chen
*Attorney's signature*

Z.W. Julius Chen (D.C. Bar No. 1002635)
*Printed name and bar number*
Akin Gump Strauss Hauer & Feld LLP
2001 K Street N.W.
Washington, D.C. 20006

*Address*

chenj@akingump.com
*E-mail address*

(202) 887-4475
*Telephone number*

(202) 887-4288
*FAX number*