UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AYMAN SALEH and <br><br> LINDA SALEH, <br><br> Plaintiffs, <br><br> v. <br><br> PRESIDENT KHALIFA BIN ZAYED AL NAHYAN, <br> Crown Prince Court <br> Bainunah Street <br> P.O. Box: 124, Abu Dhabi, United Arab Emirates, <br><br> CROWN PRINCE SHEIKH MOHAMMED BIN ZAYED AL NAHYAN, <br> Crown Prince Court <br> Bainunah Street <br> P.O. Box: 124, Abu Dhabi, United Arab Emirates, <br><br> THE UNITED ARAB EMIRATES, and <br><br> DARKMATTER, <br><br> Defendants. | No. 1:20-cv-01168-ABJ |

**PROPOSED ORDER**

Upon consideration of Plaintiffs' Motion for Miscellaneous Relief Regarding Service, it is hereby:

**ORDERED** that Plaintiffs' Motion is **DENIED**.

Dated: _____

_____
AMY BERMAN JACKSON
United States District Judge