UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AYMAN SALEH, et. al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PRESIDENT KHALIFA BIN ZAYED )<br>AL NAHYAN, et al. )<br>)<br>Defendants. )<br>) | No. 1:20-cv-01168-ABJ |

**PLAINTIFFS AYMAN SALEH AND LINDA SALEH'S REPLY TO DEFENDANTS PRESIDENT KHALIFA BIN ZAYED AL NAHYAN AND CROWN PRINCE MOHAMMED BIN ZAYED AL NAHYAN'S OPPOSITION TO PLAINTIFFS' MOTION FOR MISCELLANEOUS RELIEF REGARDING SERVICE**

Come now Plaintiffs Ayman Saleh and Linda Saleh, who through undersigned counsel and reply to the Defendant's Opposition to their motion for miscellaneous relief.

The Motion for Miscellaneous Relief should be granted for the following reasons.

### Defendants are improperly attacking jurisdiction

This motion is about service. But the opposition appears focused on jurisdiction.

The time to argue jurisdiction is after service is effectuated. As a result, all arguments related to jurisdiction should be ignored by the Court at this time.

### Plaintiff's methods of service have been accepted by this court

Defendants argue that Plaintiff's methods of service are outlandish and improper. "The proper analogy would be a foreign plaintiff serving the President of the United States by sending a certified letter to the White House—something that the United States has expressly rejected." Def, Memo. ECF 26, Page 3.

Defendants must be aware that the method employed by Plaintiffs in this case has been used before and accepted by this Court—and the UAE has accepted that service. This exact method was used in *Yousseff v. United Arab emirates Embassy et al*, 2017-cv-02638-KBJ. The only difference, of course, is that the UAE repeatedly refused service in this case.

          Respectfully submitted,

          */s/ Martin F. McMahon*

          Martin F. McMahon, Esq.
          D.C. Bar Number: 196642
          Martin F. McMahon & Associates
          1717 K Street, N.W., Suite 900
          Washington, D.C. 20006
          (202) 862 - 4343
          mm@martinmcmahonlaw.com

**CERTIFICATE OF SERVICE**

      I certify that on May 24, 2021, I filed the foregoing Reply to Defendant's Opposition to Plaintiff's Motion for Miscellaneous Relief with the Clerk of Court using the CM/ECF system, which will send notice of this filing to all parties registered to receive such notice, including defense counsel.

                                                   */s/ Martin F. McMahon*

                                                   Martin F. McMahon, Esq.