UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AYMAN SALEH, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:20-cv-01168-ABJ |
| | ) |
| PRESIDENT KHALIFA BIN ZAYED AL NAHYAN, et al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF WITHDRAWAL**

Pursuant to Local Rule 83.6(b), Anthony T. Pierce hereby files this notice of withdrawal as counsel of record for Defendants President Khalifa Bin Zayed Al Nahyan ("H.H. Sheikh Khalifa") and Crown Prince Mohamed Bin Zayed Al Nahyan ("H.H. Sheikh Mohamed"), but will remain as counsel of record for Defendant DarkMatter.  Z.W. Julius Chen has entered an appearance on behalf of and will remain counsel of record for H.H. Sheikh Khalifa and H.H. Sheikh Mohamed (ECF No. 25), and is authorized to represent by his signature below that H.H. Sheikh Khalifa and H.H. Sheikh Mohamed consent to Mr. Pierce's withdrawal.  Consistent with this Notice, H.H. Sheikh Khalifa and H.H. Sheikh Mohamed respectfully request that any service of process pursuant to this Court's July 16, 2021 Order (ECF No. 30) be directed to Mr. Chen.

    Respectfully submitted,

    */s/ Anthony T. Pierce*
    Anthony T. Pierce (D.C. Bar No. 415263)
    AKIN GUMP STRAUSS HAUER & FELD LLP
    2001 K St NW
    Washington, DC 20006
    Telephone: (202) 887-4411
    apierce@akingump.com

August 13, 2021

On behalf of Defendants President Khalifa Bin Zayed Al Nahyan and
Crown Prince Mohamed Bin Zayed Al Nahyan:

*/s/ Z.W. Julius Chen*
Z.W. Julius Chen (D.C. Bar No. 1002635)
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 887-4475
chenj@akingump.com

*Counsel for Defendants President Khalifa Bin Zayed Al Nahyan and Crown Prince Mohamed Bin Zayed Al Nahyan*