# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AYMAN SALEH, *et al.*,  :  <br>  :  <br> Plaintiffs,  :  <br> v.  :  <br>  :  <br> KHALIFA BIN ZAYED AL NAHYAN,  :  <br> *et al*.,  :  <br>  :  <br> Defendants.  :  <br>  :  | Civil Action No. 1:20-cv-1168 (ABJ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I hereby enter my appearance on behalf of Plaintiffs, Ayman Saleh and Linda Saleh, in the above-captioned case.

Dated: September 8, 2021             Respectfully Submitted,

                                     /s/
                                     Samuel C. Moore
                                     District of Columbia Bar ID: 1015060
                                     Law Office of Samuel C. Moore, PLLC
                                     526 King St., Suite 506
                                     Alexandria, VA 22314
                                     Email: scmoore@scmoorelaw.com
                                     Phone: 703-535-7809
                                     Fax: 571-223-5234

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of September, 2021, I will electronically file the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Anthony T. Pierce
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K St N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Fax: (202) 887-4288
apierce@akingump.com

Ze-wen Julius Chen
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street N.W.
Washington DC, DC 20006
(202) 887-4475
(202) 887-4288 (fax)
chenj@akingump.com

                                                           /s/
                                         Samuel C. Moore
                                         District of Columbia Bar ID: 1015060
                                         Law Office of Samuel C. Moore, PLLC
                                         526 King St., Suite 506
                                         Alexandria, VA 22314
                                         Email: scmoore@scmoorelaw.com
                                         Phone: 703-535-7809
                                         Fax: 571-223-5234