AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Ayman Saleh, et al. <br><br> *Plaintiff(s)* <br> v. <br> Khalifa Bin Zayed Al Nahyan, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 20-1168 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The United Arab Emirates (UAE)
c/o Ze-wen Julius Chen, Esq.
Aking Gump Strauss Hauer & Feld, LLP
2001 K Street N.W.
Washington, DC 20006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sam Moore
Law Office of Samuel C. Moore, PLLC
526 King Street, Suite 506
Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:  09/22/2021

/s/Jackie Francis

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Ayman Saleh, et al. *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) ) Civil Action No. 20-1168 |
| Khalifa Bin Zayed Al Nahyan, et al. *Defendant(s)* | ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sheikh Khalifa bin Zayed Al Nahyan
President
c/o Ze-wen Julius Chen, Esq.
Aking Gump Strauss Hauer & Feld, LLP
2001 K Street N.W.
Washington, DC 20006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Sam Moore
Law Office of Samuel C. Moore, PLLC
526 King Street, Suite 506
Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  09/22/2021



/s/Jackie Francis
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Ayman Saleh, et al. | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 20-1168 |
| Khalifa Bin Zayed Al Nahyan, et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sheikh Mohammed bin Zayed Al Nahyan
c/o Ze-wen Julius Chen, Esq.
Aking Gump Strauss Hauer & Feld, LLP
2001 K Street N.W.
Washington, DC 20006


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Sam Moore
Law Office of Samuel C. Moore, PLLC
526 King Street, Suite 506
Alexandria, VA 22314


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:   09/22/2021



/s/Jackie Francis
*Signature of Clerk or Deputy Clerk*