UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AYMAN SALEH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KHALIFA BIN ZAYED AL NAHYAN *President*, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Action No. 20-1168 (ABJ) ) ) ) ) ) ) ) |

## ORDER

Pursuant to Federal Rule of Civil Procedure 58 and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that defendant DarkMatter's motion to dismiss, [Dkt. # 17], is **GRANTED**.

AMY BERMAN JACKSON
United States District Judge

DATE: September 22, 2021