## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Columbia

Case Number: 20-1168

Plaintiff:
**Ayman Saleh, et al.**

vs.

Defendant:
**Khalifa Bin Zayed Al Nahyan, et al.**

For:
Samuel C. Moore, Esq.
Law Office of Samuel C. Moore, PLLC
526 King Street
Suite 506
Alexandria, VA 22314-3143

Received by Advanced Process Service, Inc. to be served on **Sheikh Khalifa bin Zayed Nahyan, President Serve: Ze-wen Julius Chen, Esq., 7560 Glen Pointe Court, Springfield, VA 22153**.

I, Mark Simons, being duly sworn, depose and say that on the **24th day of September, 2021** at **8:59 am**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons In A Civil Action, Complaint, Notice of Right to Consent To Trial Before A United States Magistrate Judge and Notice, Consent, and RTeference of a Civil Action To A Magistrate Judge** with the date and hour of service noted above to: **Ze-wen Julius Chen** at the address of: **7560 Glen Pointe Court, Springfield, VA 22153**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the _24th_ day of _September_, _2021_ by the affiant who is personally known to me.

NOTARY PUBLIC

**Mark Simons**
Process Server

**Advanced Process Service, Inc.**
7715 Huntsman Blvd.
Springfield, VA 22153
(703) 451-5555

Our Job Serial Number: AVP-2021126335

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2c

