UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AYMAN SALEH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:20-cv-01168-ABJ |
| ) | |
| PRESIDENT KHALIFA BIN ZAYED ) | |
| AL NAHYAN, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION REGARDING ANSWERING DATE

By Minute Order dated October 1, 2020, this Court granted the Consent Motion (ECF No. 7) of defendants President Khalifa Bin Zayed Al Nahyan ("H.H. Sheikh Khalifa") and Crown Prince Mohamed Bin Zayed Al Nahyan ("H.H. Sheikh Mohamed") "to file a response to the complaint within sixty (60) days of plaintiffs' filing proof of service." Oct. 1, 2020 Minute Order. Plaintiffs effectuated service on these defendants on September 24, 2021, and filed a proof of service for H.H. Sheikh Khalifa on September 30, 2021, and a proof of service for H.H. Sheikh Mohamed on October 4, 2021. Consistent with this Court's Minute Order, the parties hereby stipulate that H.H. Sheikh Khalifa and H.H. Sheikh Mohamed will answer, move to dismiss, or otherwise respond to the complaint by November 29, 2021—*i.e.*, within 60 days of plaintiffs' filing proof of service on H.H. Sheikh Khalifa.

|  | Respectfully submitted, |
|---|---|
| */s/ Samuel C. Moore* | */s/ Z.W. Julius Chen* |
| Samuel C. Moore | Z.W. Julius Chen (D.C. Bar No. 1002635) |
| District of Columbia Bar ID: 1015060 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| Law Office of Samuel C. Moore, PLLC | 2001 K Street, NW |
| 526 King St., Suite 506 | Washington, DC 20006 |
| Alexandria, VA 22314 | (202) 887-4475 |
| Email: scmoore@scmoorelaw.com | chenj@akingump.com |
| Phone: 703-535-7809 | |
| Fax: 571-223-5234 | *Counsel for Defendants President Khalifa Bin Zayed Al Nahyan and Crown Prince Mohamed Bin Zayed Al Nahyan* |
| *Counsel for Plaintiffs* | |

October 8, 2021