UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AYMAN SALEH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PRESIDENT KHALIFA BIN ZAYED AL NAHYAN, *et al.*, <br><br> Defendants. | Case No. 1:20-cv-01168-ABJ |

**CONSENT JOINT MOTION OF DEFENDANTS PRESIDENT KHALIFA BIN ZAYED AL NAHYAN AND CROWN PRINCE MOHAMED BIN ZAYED AL NAHYAN FOR EXTENSION OF TIME TO REPLY**

Defendants Khalifa Bin Zayed Al Nahyan, President of the United Arab Emirates, and Mohamed Bin Zayed Al Nahyan, Crown Prince of Abu Dhabi (together, the "Head-of-State Defendants"), hereby jointly request that the Court extend by 15 days—from December 8, 2021, to December 23, 2021—the deadline to file a reply in further support of their Motion to Dismiss (ECF No. 41) and in response to Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss (ECF No. 42).

Good cause exists for the requested extension. The Head-of-State Defendants are high-ranking government officials located in the United Arab Emirates. And undersigned counsel require additional time to confer with the Head-of-State Defendants and prepare a reply.

Pursuant to Local Rule 7(m), the Head-of-State Defendants have conferred with counsel for the plaintiffs, who has consented to this extension.

| | |
|---|---|
| Dated: December 6, 2021 | Respectfully submitted, |
| | /s/ Z.W. Julius Chen |
| Stephen M. Baldini | Z.W. Julius Chen (D.C. Bar No. 1002635) |
| AKIN GUMP STRAUSS HAUER & FELD LLP | Hal Shapiro (D.C. Bar No. 440709) |
| One Bryant Park | Pratik A. Shah (D.C. Bar No. 497108) |
| 44th Floor | AKIN GUMP STRAUSS HAUER & FELD LLP |
| New York, NY 10036-6745 | 2001 K St N.W. |
| Telephone: (212) 872-1000 | Washington, D.C. 20006 |
| Fax: (212) 872-1001 | Telephone: (202) 887-4475 |
| | Fax: (202) 887-4288 |
| | chenj@akingump.com |

*Counsel for Defendants President Khalifa Bin Zayed Al Nahyan and
Crown Prince Mohamed Bin Zayed Al Nahyan*