UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AYMAN SALEH, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:20-cv-01168-ABJ |
| | ) |
| PRESIDENT KHALIFA BIN ZAYED AL NAHYAN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

Defendants President Khalifa Bin Zayed Al Nahyan and Crown Prince Mohamed Bin Zayed Al Nahyan (together, the "Head-of-State Defendants") filed a consent motion ("Motion") to extend the time to file a reply in response to Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss (ECF No. 42).

Having considered the Motion and the related filings, it is this ___ day of _____, 2021 **ORDERED** that the Motion is **GRANTED**.  The Head-of-State Defendants shall have until December 23, 2021, to file their reply.

_____
Hon. Amy Berman Jackson
United States District Judge